**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 00-6581**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ROBERT WILSON ODOM,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Richard L. Voorhees, District Judge. (CR-97-180-11)

———————————

Submitted: July 13, 2000          Decided: July 24, 2000

———————————

Before WIDENER, LUTTIG, and TRAXLER, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Robert Wilson Odom, Appellant Pro Se. Robert Jack Higdon, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert Wilson Odom appeals from the district court's order denying his motions:  (1) to dismiss the indictment as defective; (2) for discovery and sentencing transcripts; and (3) for an emergency hearing.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we dismiss the appeal on the reasoning of the district court.  See United States v. Odom, No. CR-97-181-11 (W.D.N.C. Apr. 4, 2000).[*]  We deny the motion for a certificate of appealability and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Although the district court's order is marked as "filed" on April 3, 2000, the district court's records show that it was entered on the docket sheet on April 4, 2000.  Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision.  See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).